United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Capitol Specialty Insurance Corp., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 17-23329-Civ-Scola |
| | ) |
| Pablo Rubio Ortiz, by and through | ) |
| his next friend and wife Beatriz Lara | ) |
| Corona, and others, Defendants. | ) |

## Order Adopting Magistrate's Report And Recommendation

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Defendant Venetian by Luxcom LLC and Francisco Lara's (collectively, "Luxcom") motion for attorney's fees and costs (ECF No. 81). On January 15, 2019, Judge Torres issued a report, recommending that the Court grant in part and deny in part the motion and award the Luxcom attorney's fees in the amount of $26,691. (Report & Recommendations, ECF No. 98.) No objections have been filed and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, this Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (ECF No. 98). The Court **grants in part** Luxcom's motion for attorneys' fees (ECF No. 81). Consistent with the report, the Court awards **$26,691** in attorneys' fees to Luxcom to be paid by the Plaintiff, Capitol Specialty Insurance Corp., with interest bearing from the date of this order.

**Done and ordered**, in Chambers, in Miami, Florida, on January 30, 2019.

Robert N. Scola, Jr.
United States District Judge